

Attorneys at Law
5 Walter E. Foran Blvd.
Suite 2007
Flemington, NJ 08822
tel. 908.237.4550
fax 908.237.4551

www.mnlawpc.com

Donald S. Maurice
Member DC & NJ Bar
Board Certified
Creditors' Rights Law
American Board of Certification

Joann Needleman
Member PA & NJ Bar

Thomas R. Dominczyk
Member NJ , NY & PA Bar

Rachel Marin
Member NJ & NY Bar

May 24, 2012

**VIA ECF**

The Hon. Dora L. Irizarry
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:**  JANICE KEARNEY, SAMANTHA RODRIGUEZ, GWENDOLYN BIRD, LAURIE GOLDSTEIN On Behalf of Themselves and all others Similarly Situated v. Cavalry Portfolio Services, LLC, Cavalry Spv I LLC, Thomas Law Offices PLLC, Choi Law Office PLLC, Danielle C. Choi, Schacter Portney LLC, Craig Faye, John Does # 1-10
**Docket**: 12-cv-00860-DLI-RML
**Our File No.** 16139

Dear Judge Irizarry:

This firm represents Cavalry Portfolio Services, LLC in the above referenced matter. This letter is to request permission to use Lexis citations in Cavalry Portfolio Services, LLC's Motion to Dismiss Plaintiffs' Complaint due to be filed May 25, 2012. Our firm has no subscription to Westlaw and thus is unable to provide Westlaw citations. We plan to provide copies of all unreported cases attached as exhibits to our motion. We sincerely apologize for the last minute nature of this request.

Thank you for your consideration.

Respectfully submitted,

Maurice & Needleman, P.C.

**/s/ Rachel Marin**
Rachel Marin
For the Firm

RM/

Pennsylvania Office
MAURICE & NEEDLEMAN, P.C.
Suite 935, One Penn Center
1617 John F. Kennedy Blvd.
Philadelphia, PA 19103
tel. 215.665.1133
fax 215.563.8970